■ BENJAMIN A. KINSMAN et al., Appellants, v AARON TURETSKY et al., Respondents. [791 NYS2d 859]—Appeal from an order and judgment of the Supreme Court (Sheridan, J.), entered April 16, 2004 in Essex County, which, inter alia, granted defendants' motion for summary judgment dismissing the complaint.

Order and judgment affirmed, upon the opinion of Justice Edward A. Sheridan.

Spain, J.P., Carpinello, Rose and Kane, JJ., concur. Ordered that the order and judgment is affirmed, with costs.